THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LEFKOWITZ, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

*People* v. *Lefkowitz*, Kings Co. Tr. Term, Dec. 2, 1927, affirmed.

(Argued May 7, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Supreme Court, rendered December 2, 1927, at a Trial Term for the

county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Harry Sacher* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.